## Case No. 4,750.

FERRIS et al. v. WILLIAMS.

[1 Cranch, C. C. 475.][1]

Circuit Court, District of Columbia. Dec. Term, 1807.

Mr. Law, for defendant,

Mr. Morsell, for plaintiffs,

Judgment for the plaintiffs upon the demurrers.

[1] [Reported by Hon. William Cranch, Chief Judge.]